UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION

STACEY HILL,                        )
                                    )
              Plaintiff,            )
                                    )
        v.                          )  No. 4:06CV1499(CEJ)
                                    )
DIERBERGS MARKET,                   )
                                    )
              Defendant.            )

                              **ORDER**

    **IT IS HEREBY ORDERED** that the Rule 16 Scheduling Conference in this matter is continued to **Thursday, February 1, 2007 at 10:00 A.M.**

                                    _____
                                    CAROL E. JACKSON
                                    UNITED STATES DISTRICT JUDGE

Dated this 11th day of January, 2007.